IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RONNIE A. JOHNSON,                     )
                                       )
    Plaintiff,                     )
v.                                     )         CASE NO. 1:09-cv-1001-MEF
                                       )
ARMY FLEET SUPPORT, LLC,               )
                                       )               (WO)
    Defendant.                     )

# FINAL JUDGMENT

Pursuant to the Joint Stipulation of Dismissal (Doc. #23) filed by the parties on June

11, 2010, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with

prejudice, each party to bear their own costs and expenses.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final

judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 17th day of June, 2010.


                        /s/ Mark E. Fuller
                  CHIEF UNITED STATES DISTRICT JUDGE